JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISA HOARE,<br><br>    Plaintiff,<br><br>  v.<br><br>MAGIC MOUNTAIN LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case: 2:16-CV-01249-RGK-JPR<br><br>**ORDER** |

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: May 20, 2016     *Gary Klausner*
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE